No. 78–1541. HOWELL v. GATES ET AL. Ct. App. Colo. Certiorari denied.

No. 78–1576. TEXAS STATE OPTICAL CO. ET AL. v. ROYAL INTERNATIONAL OPTICAL CO., DBA TEXAS OPTICAL. Ct. App. N. M. Certiorari denied.

No. 78–1579. CHARTER ET AL. v. OHIO. Ct. App. Ohio, Highland County. Certiorari denied.

No. 78–1580. BROOKS ET AL. v. ANKER ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–1587. LEVESON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 78–1589. TOM BENSON CHEVWAY RENTAL & LEASING, INC. v. ALLEN ET UX. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 78–1598. CLARK, COUNTY EXECUTIVE, ET AL. v. O'BRIEN, JUDGE, ET AL. Sup. Ct. N. J. Certiorari denied.

No. 78–1599. SIMPSON ET AL. v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 78–1605. JACOBSON ET AL. v. ROSE, DISTRICT ATTORNEY OF WASHOE COUNTY, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1615. GRAYHILL, INC. v. AMF INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–1683. O'HAIR ET AL. v. BLUMENTHAL, SECRETARY OF THE TREASURY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1728. SOTO ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.